WILLIAM S. KETCHAM, JR., complainant-respondent,

*v.*

GEORGE W. KETCHAM, administrator, &c., defendant-appellant.

[Decided January 31st, 1918.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Emery, whose opinion is reported in *84 N. J. Eq. 577.*

*Mr. William S. Ketcham, Jr., pro se,* for the respondent.

*Mr. Frank E. Bradner,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Emery.

*For affirmance*—GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER—12.

*For reversal*—None.